**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

MICHAEL HENNESSY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GRUNT STYLE, LLC,

Defendant.

Case No. 5:25-cv-01032-XR

Hon. Xavier Rodriguez

## NOTICE OF SETTLEMENT

Plaintiff Michael Hennessy ("Plaintiff") and Defendant Grunt Style, LLC ("Defendant") (collectively, the "Parties") hereby notify the Court that the Parties have reached a settlement in principle resolving all claims in this action. The Parties are in the process of finalizing the written settlement agreement and anticipate filing appropriate dismissal papers within thirty (30) days, or by any deadline the Court may set.

The Parties respectfully request that all pending deadlines be stayed while they complete the settlement documentation.

Dated: February 9, 2026

Respectfully submitted,

*/s/ Kayla N. Kershen*
Kayla N. Kershen, Esq. (*pro hac vice*)
kkershen@shamisgentile.com
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Ste. 705
Miami, FL 33132
Tel.: (305) 479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically effectuates service on all counsel of record.

/s/ Kayla N. Kershen
Kayla N. Kershen, Esq. (*pro hac vice*)