## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

MICHAEL HENNESSY, individually and on behalf
of all others similarly situated,

    *Plaintiff*,

vs.

GRUNT STYLE, LLC.,

    *Defendant*.

_____/

No. 5:25-CV-01032-XR

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Michael Hennessy, and Defendant, Grunt Style, LLC., have reached an agreement to resolve all disputes, asserted or unasserted, arising out of any acts, failures to act, omissions, misrepresentations, facts, events, transactions, or occurrences described in the Lawsuit. Accordingly, the Parties file this stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: February 18, 2026

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Texas Bar No. 24124558
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

Respectfully Submitted,

/s/ Matthew De Preter
Mathew De Preter, Esq.
ARONBERG GOLDGEHN
225 W. Washington St., Suite 2800
Chicago, IL 60606
cdepreter@agdglaw.com
Telephone: 312.755.3153

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By: */s/ Andrew J. Shamis*
  Andrew J. Shamis, Esq.

*Attorneys for Plaintiff*